FILED

JAN 19 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 10-00290 PJH (DMR) |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | DETENTION ORDER |
| RODNEY MASON, | ) | |
| Defendant. | ) | |

## I. DETENTION ORDER

Defendant Rodney Mason is charged in an indictment with a violation of 18 U.S.C. § 922(g)(1) (felon in possession of firearms and ammunition). On January 13, 2012, the United States moved for Mr. Mason's detention and asked for a detention hearing, as permitted by 18 U.S.C. § 3142(f). Pretrial Services prepared a criminal history report. On January 19, 2012, the court heard the parties' proffers.

After considering the information presented to the Court, and the factors set forth in 18 U.S.C. § 3142(g), the Court finds that the government has shown by clear and convincing evidence that Mr. Mason presents a danger to the community, and finds that no condition or

DETENTION ORDER
CR 10-00290 PJH (DMR)                          1

cc: Copy to parties via ECF, Nichole, Pretrial Services, 2 Certified copies to US Marshal

combination of conditions in 18 U.S.C. § 3142(c) will reasonably assure his appearance in this case. *See* 18 U.S.C. §§ 3142(e) and (f); *United States v. Motamedi*, 767 F.2d 1403, 1406 (9th Cir. 1985).

## II. CONCLUSION

The Court detains Mr. Mason at this time. Mr. Mason may request that the detention hearing be reopened at a later date if he wishes to present further information in support of his release.

Mr. Mason shall remain committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. Defendant shall be afforded reasonable opportunity for private consultation with counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which Defendant is confined shall deliver Defendant to a United States marshal for the purpose of an appearance in connection with a court proceeding.

IT IS SO ORDERED.

DATED: January 19, 2012

DONNA M. RYU
United States Magistrate Judge